### In re Julian R. GOODRICH, Esq.

[674 A.2d 415]

No. 96-034

February 12, 1996. The resignation of Attorney Julian R. Goodrich from the Bar of the Vermont Supreme Court is accepted subject to the terms and conditions of A.O. 9, Rule 16. It is hereby ordered that Julian R. Goodrich is disbarred from the office of attorney and counsellor at law.

Julian R. Goodrich is reminded that he must comply with A.O. 9, Rule 21.